# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKENDER BECK, AN INDIVIDUAL, SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., A CALIFORNIA NONPROFIT CORPORATION, d/b/a HOUSING RIGHTS CENTER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HN PROJECT ONE, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> Defendants. | Case No.: CV11-04942-AHM (VBKx) <br><br> ASSIGNED TO FOR ALL PURPOSES: HON. A. HOWARD MATZ <br><br> **ORDER ON STIPULATION OF DISMISSAL** |

After considering the parties' Stipulation of Dismissal the Court:

ORDERS that this matter is DISMISSED with prejudice as to all parties and as to all causes of action.

SIGNED on August 12, 2011

_____
A. Howard Matz
U.S. DISTRICT JUDGE

1

ORDER ON STIPULATION OF DISMISSAL